**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| DUANE EDWARDS MORRIS, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 4:25-cv-84-CDL-AGH |
| DAVID SHANK, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Pending before the Court is Plaintiff's "Reply in Support of Plaintiff's Motion for Summary Judgment" which the Court construes as Plaintiff's second motion for leave to file a surreply (ECF No. 62). This Court has already denied Plaintiff's first request to file a surreply in support of his Motion of Summary Judgment. Order & R. 1, Aug. 25, 2026, ECF No. 61.[1] Having again found the briefing in the record to be complete, the Court **DENIES** Plaintiff's motion construed as a second motion for leave to file a surreply (ECF No. 62). Plaintiff's address has, however, been updated in the Court's system, and the recent Order and Recommendation has been re-mailed to Plaintiff at his new address.

**SO ORDERED**, this 1st day of September, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE

[1] Due to a scrivener's error, this Court titled and styled the Order and Recommendation as a Report and Recommendation when it was, in fact, an Order and Recommendation, as is apparent on the first page of the document. Order & R. 1, Aug. 25, 2026, ECF No. 61 ("The Court recommends granting Defendants' MSJ and denying Plaintiff's MSJ. The Court also denies Plaintiff's motion for extension of time to file surreply.").